KAREN G. JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com
SARAH K. MULLINS (STATE BAR NO. 324558)
sarahmullins@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant
SANTA CLARA UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILAS ABUELHAWA, KELLY WYNNE, and LEONARDO KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA UNIVERSITY,<br><br>Defendant. | Case No. 5:20-cv-04045-LHK<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

Pursuant to Local Civil Rules 6-2 and 6-3, Plaintiffs Lilas Abuelhawa, Kelly Wynne, and Leonardo Kim (collectively, "Plaintiffs"), and Defendant Santa Clara University hereby move the Court for an order extending deadlines imposed by the Federal Rules of Civil Procedure, as detailed below. The parties stipulate, subject to approval of the Court, as follows:

1. Plaintiffs filed this action on June 1, 2020.

2. Plaintiffs filed a first amended complaint on October 16, 2020.

3. Defendant filed a motion to dismiss the first amended complaint on November 9, 2020.

4. This Court granted Defendant's motion to dismiss, with leave to amend, on March 29, 2021.

5. On April 27, 2021, Plaintiffs filed a timely second amended complaint.

6. Because Plaintiffs have added several new allegations to the complaint that Defendant needs to evaluate and due to the schedules of the parties' attorneys of record that will affect the parties' abilities to brief a new motion to dismiss in the time allotted by the Federal Rules of Civil Procedure and the Northern District of California's Civil Local Rules, the parties have met and conferred in good faith and have agreed, subject to the court's approval, to the following briefing schedule:

| Date | Event |
| --- | --- |
| May 28, 2021 | Deadline for Defendant to file a motion to dismiss |
| June 28, 2021 | Deadline for Plaintiffs to file opposition to Defendant's motion to dismiss |
| July 12, 2021 | Deadline for Defendant to file a reply to Plaintiffs' opposition to Defendant's motion to dismiss |

7. The parties request no other adjustments to case deadlines at this time. This Court granted the parties' two previous requests, dated September 8, 2020 and October 16, 2020, to adjust the case schedule and enlarged Defendant's deadline to file a motion to dismiss the complaint, Plaintiffs' deadline to oppose that motion, and Defendant's deadline to reply to the Plaintiffs' opposition.

8. This Stipulation will not affect any other Court-ordered or other deadlines.

9.  In compliance with Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

Dated: April 30, 2021

KAREN G. JOHNSON-MCKEWAN
SARAH K. MULLINS
Orrick, Herrington & Sutcliffe LLP


By: */s/ Karen G. Johnson-McKewan*
KAREN G. JOHNSON-MCKEWAN
Attorneys for Defendant
Santa Clara University


L. TIMOTHY FISHER
JOEL D. SMITH
SARAH N. WESTCOT
Bursor & Fisher, P.A.


By: */s/ Joel D. Smith*
JOEL D. SMITH
Attorneys for Plaintiffs
Student A, Student B, and Student C

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____  _____
The Honorable Lucy H. Koh
United States District Judge