UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILAS ABUELHAWA, et al., | Case No. 20-CV-04045-LHK |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SANTA CLARA UNIVERSITY, | |
| Defendant. | |

On November 29, 2021, the Court dismissed the instant action with prejudice. ECF No. 70. Judgment is entered in favor of the defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 29, 2021

_____
LUCY H. KOH
United States District Judge

Case No. 20-CV-04045-LHK
ORDER

1